# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | 01:16-CR-121-ELR-AJB |
| | * | |
| **MICHAEL JOH KELL,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

# O R D E R

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Alan J. Baverman [Doc. 42]. Judge Baverman recommends that Defendant's Motion to Suppress Statement [made orally as reflected by "08/23/16" docket entry; and Doc. 27] be denied.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 42] as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's Motion to Suppress Statement [made orally as reflected by "08/23/16" docket entry; and Doc. 27]. Defendant is **directed to announce** within twenty-one (21) days of this Order, whether he intends to enter a plea or wishes to proceed to trial in this case. The Court, having found that the ends of justice by taking such action, outweigh the best interest of the public and Defendant in a speedy trial, DIRECTS THE CLERK to exclude the period of delay from computation under the Speedy Trial Act, pursuant to Title 18, U.S.C., Section 3161(h)(7)(A).

**SO ORDERED**, this 6th day of September, 2017.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia